■ In the Matter of ARLENE ZABARY, Appellant, v MICHAEL ZABARY, Respondent. [886 NYS2d 904]—In a child support proceeding pursuant to Family Court Act article 4, the mother appeals, as limited by her brief, from so much of an order of the Family Court, Nassau County (Greenberg, J.), dated March 25, 2009, as denied her objections to so much of an order of the same court (Dwyer, S.M.), dated December 22, 2008, as, after a hearing, awarded the father the sum of $6,631.30 in educational expenses for the subject children and awarded her the sum of only $1,435.90 in educational and dental expenses for the subject children.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

Contrary to the mother's contention, the Support Magistrate did not improvidently exercise its discretion in determining the mother's share of educational expenses for the subject children (*see* Domestic Relations Law § 240 [1-b] [h]; *Matter of Paccione v Paccione,* 57 AD3d 900, 903-904 [2008]; *Cimons v Cimons,* 53 AD3d 125, 127, 129 [2008]; *Matter of Poznik v Froebel,* 1 AD3d 366, 367 [2003]).

The mother's remaining contentions are without merit. Mastro, J.P., Balkin, Eng and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN ADAMS, Appellant. [886 NYS2d 897]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 2008 (*People v Adams,* 55 AD3d 616 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered March 15, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Skelos, J.P., Covello, Balkin and Dickerson, JJ., concur.